I**N THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 07-cv-00763-AP**

**BERNICE MARTINEZ,**

    **Plaintiff,**

    **v.**

**MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

        For Plaintiff:
        Chris R. Noel, Esq.
        3000 Pearl Street, Suite 105
        Boulder, Colorado 80301-2431
        Telephone:  (303) 449-6503
        Fax:  (720) 214-1836
        E mail: chrisnoel@noelaw.com

        For Defendant:
        TROY A. EID
        United States Attorney

        KURT J. BOHN
        Assistant U.S. Attorney
        kurt.bohn@usdoj.gov
        Debra J. Meachum
        Special Assistant U.S. Attorney
        1961 Stout Street, Suite 1001A
        Denver, Colorado  80294
        Telephone:  (303) 844-1570; Fax: (303) 844-0770
        debra.meachum@ssa.gov
        Attorneys for Defendant

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 USC 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    **Date Complaint Was Filed:**  April 16, 2007.

    B.    **Date Complaint Was Served on U.S. Attorney's Office:**  April 17, 2007

    C.    **Date Answer and Administrative Record Were Filed:**  June 19, 2007.

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

**Plaintiff states:** Although counsel has thoroughly reviewed the Record, the accuracy and completeness of the Administrative Record cannot be ascertained until after Plaintiff's final opening brief is drafted.

**Defendant states:** To the best of his knowledge, the record is complete.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

**Plaintiff states:** Since Ms. Martinez was unrepresented by an attorney at the Administrative Law Judge hearing, her administrative record may reveal that the ALJ was on notice of additional medical or nonmedical evidence that could have, or should have been developed. If, after review of the entire administrative record in this case, it is determined by Plaintiff's appellate counsel here that the ALJ was on notice of additional medical evidence that should have been developed but was not, Plaintiff reserves the right to present a motion to the Court to request that any such evidence be submitted for consideration by the Court as a function of its judicial review authority.

**Defendant states:** None anticipated.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

Plaintiff states:   please refer to paragraphs 4 and 5, above.
Defendant states:  This case does not involve unusual claims or defenses.

**7. OTHER MATTERS**

   Plaintiff states:   Please see paragraphs 4 and 5, above.

   Defendant states that:

   1.  He reserves the right to respond to any motion requesting the court to consider additional evidence.
   2.  Because Defendant's counsel discusses any additional evidence with her client to determine if it warrants remand, and because that process generally takes 7-10 workdays, Defendant requests the opportunity to review any additional evidence Plaintiff might find, and her reasons for submitting it, at least 10 workdays before Plaintiff files a motion with the court. Then, counsel for both parties may be able to agree on the relevancy of the evidence before it is filed with the court.
   3.  If Agency counsel does not receive the requested notice, and Plaintiff files a request for consideration of additional evidence directly with the court, agency counsel may need to seek an extension of time to file a response to the motion and/or opening brief.

**8. PROPOSED BRIEFING SCHEDULE**

   **A.** **Plaintiff's Opening Brief Due: August 20, 2007**

   **B.** **Defendant's  Response Brief Due: September 20, 2007**

   **C.** **Plaintiff's  Reply Brief Due: October 5, 2007**

**9. STATEMENTS REGARDING ORAL ARGUMENT**

   **A.** **Plaintiff's Statement:** Oral Argument is requested if only to clarify any outstanding issues, and at the Court's behest.

   **B.** **Defendant's Statement:**  Oral Argument not requested.

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   **A.** **( X)  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

   **B.** **(  )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

- 4 -

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1© BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this <u>3rd</u> day of <u>July</u>, 2007.

BY THE COURT:

<u> S/John L. Kane </u>
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| <u>s/Chris R. Noel</u><br>CHRIS R. NOEL<br>3000 Pearl Street, Suite 105<br>Boulder, Colorado 80301-2431<br>Telephone: (303) 449 6503<br>FAX: 720 214 1836<br>e mail: chrisnoel@noelaw.com<br>Attorney for Plaintiff Bernice Martinez | TROY A. EID<br>UNITED STATES ATTORNEY<br><br>KURT J. BOHN<br>Assistant U.S. Attorney<br>kurt.bohn@usdoj.gov<br><br><u>s/Debra J. Meachum 6/28/07</u><br>By: Debra J. Meachum<br>Special Assistant U.S. Attorney<br>1961 Stout St., Suite 1001A<br>Denver, Colorado 80294<br>Telephone: (303) 844-1570<br>debra.meachum@ssa.gov<br><br>Attorneys for Defendant |