IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00763-WYD-BNB

C. ELI-JAH HAKEEN MUHAMAD,
a/k/a CHRISTOPHER MITCHELL,

    Plaintiff,

v.

L. SMITH, ADX-Special Investigative Supervisor in his official capacity, and in his individual capacity, and
M.A. SOSA, ADX-Mailroom Supervisor, in his official capacity, and in his individual capacity,

    Defendants.
_____

**ORDER**
_____

    The plaintiff filed his Third Amended Complaint on September 27, 2006 [Doc. #18]. The Complaint asserts claims against the defendants in their individual and official capacities pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971).

    On January 12, 2007, the district judge ordered the United States Marshal to serve the defendants [Doc. #26]. The Bureau of Prisons ("BOP") did not provide a waiver of service on behalf of defendant Sosa. The BOP's attorney advisor informed the Court that Sosa has retired, and he provided the Court with the last known address for Sosa [Doc. #78]. The last known address for Sosa is a post office box. The Marshal cannot serve a defendant at a post office box address.

    IT IS ORDERED that the plaintiff shall inform the Court of a street address where Sosa may be served with process or shall otherwise show cause in writing on or before **April 18, 2008**, why the Third Amended Complaint should not be dismissed as to defendant Sosa for failure to

prosecute. See D.C.COLO.LCivR 41.1. In the event that no street address is provided or other showing is made, I shall recommend that the action be dismissed, without prejudice, against defendant Sosa for failure to prosecute.

Dated March 25, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge